```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| WILLIAM LEE McFADDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY JAIL,<br><br>        Defendant. | Civil Action<br>No. 16-6376 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff William Lee McFadden seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-2.

    Plaintiff did not complete the application, leaving several sections blank. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application, or the $350 filing fee and $50 administrative fee before the complaint will be filed.

    An appropriate order follows.

| | |
|---|---|
| **October 28, 2016**<br>Date |   s/ Jerome B. Simandle<br>JEROME B. SIMANDLE<br>Chief U.S. District Judge |